[No. 9503-0-I.   Division One.   October 25, 1982.]

WALLACE CALKINS, ET AL, *Respondents*, v. ROLLEN MACK, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 855020, Robert Waitt, J. Pro Tem., entered October 14, 1980. *Affirmed* by unpublished per curiam opinion.

[No. 10587-6-I.   Division One.   October 25, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81-8-01642-3, Francis E. Holman, J., entered July 2, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Swanson, J.

[No. 10730-5-I.   Division One.   October 25, 1982.]

HERRON VICTOR DAWSON, JR., *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 8159, Dennis J. Britt, J., entered July 14, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Swanson, J.

[No. 9566-8-I.   Division One.   October 25, 1982.]

HARVEY BERNHARD, ET AL, *Appellants*, v. L. T. ANDERSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 78-2-02672-7, John E. Rutter, Jr., J., entered November 14, 1980. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Durham, A.C.J., and Scholfield, J.